☑ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

     ☐ No. Go to Part 2.
     ☑ Yes. Fill in the information below.

     **All cash or cash equivalents owned or controlled by the debtor**

                                                Current value of
                                                debtor's interest

2.   **Cash on hand**                          **$500.00**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Chase checking account | Checking account | 8 1 9 8 | $4,100.00 |
| 3.2.   Chase savings account | Savings account | 7 4 0 4 | $36.00 |
| 3.3.   Horizon Bank checking account | Checking account | 1 3 0 1 | $5,279.37 |

4.   **Other cash equivalents**    *(Identify all)*

     Name of institution (bank or brokerage firm)

| | |
|---|---|
| 4.1.   Cash in Restaurant at Time of Filing | $341.00 |

5.   **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$10,256.37**

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

     ☐ No. Go to Part 3.
     ☑ Yes. Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**

Current value of
debtor's interest

Description, including name of holder of deposit

7.1.    The Shops @ Volente                          $4,750.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.        $4,750.00

## Part 3:   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

**11.** **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | $23,870.00 | – | $0.00 | = ............ ➔ | $23,870.00 |
| 11b. Over 90 days old: | $0.00 | – | $0.00 | = ............ ➔ | $0.00 |

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $23,870.00

## Part 4:   Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.        $0.00

## Part 5:   Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |
| Produce, Flour, Canned goods, Paper goods, beverages | | $3,000.00 | Cost | $10,500.00 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $10,500.00

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☑ Yes. Book value    **$3,000.00**    Valuation method    **Cost**    Current value    $10,500.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. Crops--either planted or harvested | | | | |
| 29. Farm animals  _Examples:_ Livestock, poultry, farm-raised fish | | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    - ☐ No.  Go to Part 8.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **Office Equipment** | $116,725.00 | | $116,725.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                      $116,725.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ☐ No
    - ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    - ☐ No.  Go to Part 9.
    - ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Restaurant Equipment** | | | $77,726.00 |
| **Chairs** | | | $11,372.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                                      $89,098.00

52.  Is a depreciation schedule available for any of the property listed in Part 8?
     ☐ No
     ☑ Yes

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?
     ☑ No
     ☐ Yes

## Part 9:    Real property

54.  Does the debtor own or lease any real property?

     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  154 W. Austin St.<br>Gididngs, TX<br>154 W. Austin St., Gididngs, TX | Fee simple | $59,363.00 | | $66,070.00 |
| 55.2.  11416 N. FM 620<br>Austin, TX 78726<br>11416 N. FM 620 | Lease | | | Unknown |

56.  Total of Part 9.
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.          | $66,070.00 |

57.  Is a depreciation schedule available for any of the property listed in Part 9?
     ☑ No
     ☐ Yes

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?
     ☑ No
     ☐ Yes

## Part 10:    Intangibles and Intellectual Property

59.  Does the debtor have any interests in intangibles or intellectual property?

     ☐ No. Go to Part 11.
     ☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| Saccone's Pizza and Subs | Unknown | | Unknown |
| 61.  Internet domain names and websites | | | |
| www.saccones.com/ | | | Unknown |

Debtor   **Gaetano Enterprises, LLC** _____   Case number (if known)  **19-10115**
Name

62. **Licenses, franchises, and royalties**

    **TABC License** _____   **Unknown** _____   **Unknown**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

                                             **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                 **Current value of
debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| **Funds being held by IRS (NOL's for 2017)** | Tax year | 2015 | $2,039.00 |
| **Funds being held by IRS (NOL's for 2015)** | Tax year | 2015 | $7,000.00 |

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| **Liability insurance policy (including non-owner auto operator)** | **Unknown** |
| **Life insurance policy on Philip Saccone** | **$9,500.00** |

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

                                             **$18,539.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $10,256.37 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $4,750.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $23,870.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $10,500.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $116,725.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $89,098.00 | |
| 88. Real property. *Copy line 56, Part 9*............................................. ➜ | | $66,070.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $18,539.00 | |
| 91. Total. Add lines 80 through 90 for each column. 91a. | $273,738.37 | + 91b. $66,070.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92..................................................................................... $339,808.37

Debtor name **Gaetano Enterprises, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-10115**
(if known)

☑ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- |

**2.1**

Creditor's name
**Arrowhead Bank**

Creditor's mailing address
**108 W. Sandstone**

Llano          TX    78643

Creditor's email address, if known

Date debt was incurred    **2007**

Last 4 digits of account
number          **4   2   3   6**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien
**Real Property Owned by Principal**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $83,849.70 | $422,000.00 |
| --- | --- | --- |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.

$269,855.52

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2**

**Creditor's name**
<u>Arrowhead Bank</u>

**Creditor's mailing address**
<u>108 W. Sandstone</u>

<u>Llano      TX    78643</u>

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number**    <u>0   3   6   5</u>

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

     ☑ No. Specify each creditor, including this
creditor, and its relative priority.

     **1) Arrowhead Bank; 2)
Arrowhead Bank; 3) Celtic Bank;
4) On Deck Capital; 5) WBCMT
2006-C29 RR620 North, LLC.**

     ☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Blanket Lien**

**Describe the lien**

**Security for Business Loan / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $87,263.28 | $77,726.00 |

**2.3**

**Creditor's name**
<u>Celtic Bank</u>

**Creditor's mailing address**
<u>dba Kabbage, Inc.</u>

<u>268 State St. #300</u>

<u>Salt Lake City      UT    84111</u>

**Creditor's email address, if known**

**Date debt was incurred**    <u>01/2019</u>

**Last 4 digits of account
number**    <u>3   2   3   3</u>

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

     ☐ No. Specify each creditor, including this
creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**receivables**

**Describe the lien**

**Line of Credit / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $46,556.00 | $0.00 |

## Part 1:     Additional Page

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.4** Creditor's name
**Lee County**

Creditor's mailing address

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number      ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
     relative priority.

   ☐ No. Specify each creditor, including this
     creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
     specified on lines _____

Describe debtor's property that is
subject to a lien

**Property**

Describe the lien

**Ad Valorem Taxes (real prop) / Statutory Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,717.15          $0.00

---

**2.5** Creditor's name
**On Deck Capital**

Creditor's mailing address
**1400 Broadway**

_____

**New York          NY    10018**

Creditor's email address, if known

_____

Date debt was incurred   **3/2017**

Last 4 digits of account
number      **4   4   7   4**

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes. Have you already specified the
     relative priority.

   ☐ No. Specify each creditor, including this
     creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is
     specified on lines **2.2**

Describe debtor's property that is
subject to a lien

**Receivables**

Describe the lien

**Blanket Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,603.80          $77,726.00

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6**

| | | |
|---|---|---|
| Creditor's name **Travis County** | Describe debtor's property that is subject to a lien | $0.00           $0.00 |

Creditor's mailing address
**P.O. Box 1748**

**Property**

Describe the lien

**Ad Valorem Taxes (real prop) / Statutory Lien**

**Austin          TX    78767**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.7**

Creditor's name **WBCMT 2006-C29 RR620 North, LLC**

Describe debtor's property that is subject to a lien          $36,865.59          $77,726.00

Creditor's mailing address
**1601 Washington Ave., Suite 700**

**Equipment**

Describe the lien

**Lanlord & Contractual Liens / Agreement**

**Miami Beach          FL    33139**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred    **1/2008**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines  **2.2**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jennifer Wertz<br>Jackson Walker<br>100 Congress Ave., Ste. 1100<br><br>Austin          TX    78701 | Line  2.7 | ___ ___ ___ ___ |
| Robert Reeb<br>Jackson Walker<br>777 Main Street, Suite 2100<br><br>Ft. Worth          TX    76102 | Line  2.7 | ___ ___ ___ ___ |

| | |
|---|---|
| Debtor | **Gaetano Enterprises, LLC** |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-10115**
(if known)

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $4,148.00 | $4,148.00 |

**Texas Comptroller**

**Revenue Acct Division - Bankruptcy**

**P.O. Box 13528 Capitol Station**

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin                    TX      78711**

Basis for the claim:
**Sales Tax**

Date or dates debt was incurred
**January 2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number        ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                   **Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$428.77** |
|---|---|---|---|

Alsco Linens

449 Vista Ridge Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Kyle               TX    78640

**Basis for the claim:**
Linens

Date or dates debt was incurred   12/2018

Last 4 digits of account number   9  6  3  0

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,979.39** |
|---|---|---|---|

American Express

PO Box 981535

☐ Contingent
☐ Unliquidated
☐ Disputed

El Paso          TX   79998-1535

**Basis for the claim:**
Credit Card

Date or dates debt was incurred   05/2018

Last 4 digits of account number   3  0  0  0

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

American Express Bank, FSB

4315 South 2700 West

☐ Contingent
☐ Unliquidated
☐ Disputed

Salt Lake City        UT   84184

**Basis for the claim:**
Loan

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$472.24** |
|---|---|---|---|

Austin Provisions, Ltd.

15901 Earl Bradford Ct.

☐ Contingent
☐ Unliquidated
☐ Disputed

Pflugerville        TX   78660

**Basis for the claim:**
Goods

Date or dates debt was incurred   12/2018

Last 4 digits of account number   8  6  2  0

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.5** Nonpriority creditor's name and mailing address

__Big Red/ 7Up of South Texas__

__2120 Grand Ave. Pkwy__

__Austin__                          **TX**    __78728__

Date or dates debt was incurred    __12/2018__

Last 4 digits of account number    __3   0   5   7__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$351.98

---

**3.6** Nonpriority creditor's name and mailing address

__Capital One Spark Business__

__PO Box 30285__

__Salt Lake City__                  **UT**    __84130-0285__

Date or dates debt was incurred    __10/2016__

Last 4 digits of account number    __1   6   4   0__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__credit card__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,897.78

---

**3.7** Nonpriority creditor's name and mailing address

__Cawoods Wholesale Produce, Inc.__

__2311 W. Rundberg Lane #120__

__Austin__                          **TX**    __78758__

Date or dates debt was incurred    __12/2018__

Last 4 digits of account number    __1   2   0   0__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Goods__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,068.55

---

**3.8** Nonpriority creditor's name and mailing address

__CITI Cards__

__PO Box 790046__

__St. Louis__                        **MO**    __63179-0617__

Date or dates debt was incurred    __12/2017__

Last 4 digits of account number    __0   4   9   5__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Credit Card__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,845.19

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.9** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315.00 |

**Eby Law Firm**

**302 N. Lampasas St.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Round Rock**            **TX   78664**      **Services**

Date or dates debt was incurred    01/2019

Is the claim subject to offset?

Last 4 digits of account number    1  9  5  7

- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.10** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,497.35 |

**Lisanti Foodservice of Texas, LLC**

**2010 Lakeside Parkway**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Flower Mound**          **TX   75028**      **Goods**

Date or dates debt was incurred    12/2018

Is the claim subject to offset?

Last 4 digits of account number    0  2  5  5

- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.11** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,110.00 |

**Liturgical Publications**

**2875 South James Dr.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**New Berlin**            **WI   53151**      **Services**

Date or dates debt was incurred    12/3/18

Is the claim subject to offset?

Last 4 digits of account number    0  0  1  8

- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.12** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Lupton Backflow Testing & Repair, LLC**

**PO Box 1779**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Kyle**                  **TX   78640**      **Services**

Date or dates debt was incurred    3/2017

Is the claim subject to offset?

Last 4 digits of account number    4  3  7  4

- ☑ No
- ☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|------|-------------------------------------------------|

Phillip J. Saccone, Sr.

3741 Derby Lane

Round Rock                        TX      78681

Date or dates debt was incurred      1/22/18

Last 4 digits of account number      ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,000.00

---

| 3.14 | Nonpriority creditor's name and mailing address |
|------|-------------------------------------------------|

SOS Liquid Waste

P.O. Box 201480

San Antonio                        TX      78220-8480

Date or dates debt was incurred      12/31/18

Last 4 digits of account number      5   8   4   1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Liquid Waste Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$129.38

---

| 3.15 | Nonpriority creditor's name and mailing address |
|------|-------------------------------------------------|

Spectrum Business

PO Box 460849

San Antonio                        TX      78246

Date or dates debt was incurred      12/2018

Last 4 digits of account number      2   6   7   2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$320.52

---

| 3.16 | Nonpriority creditor's name and mailing address |
|------|-------------------------------------------------|

Steven H. Ball

11 Elizabeth Ave

Iselin, NJ  088830

Date or dates debt was incurred      03/2017

Last 4 digits of account number      ___  3   4   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,500.00

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  Total claims from Part 1 | 5a. | $4,148.00 |
| 5b.  Total claims from Part 2 | 5b. **+** | $126,016.15 |
| 5c.  Total of Parts 1 and 2<br>      Lines 5a + 5b = 5c. | 5c. | $130,164.15 |

**Fill in this information to identify the case:**

Debtor name    **Gaetano Enterprises, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **19-10115**      Chapter   **11**
(if known)

☑ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Phone Systems Contract to be ASSUMED** | Pizza Cloud | |
| | | | 4068 Phillips Rd. | |
| | State the term remaining | month to month | | |
| | List the contract number of any government contract | | Granville    OH    43023 | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | Revention POS | |
| | | | 1315 W. Sam Houston Pkwy. N. | |
| | | | Ste. 100 | |
| | State the term remaining | month to month | | |
| | List the contract number of any government contract | | Houston    TX    77043 | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Advertising** | The Inside Coop | |
| | | | 5111 Scottsdale Rd., Ste. 260 | |
| | State the term remaining | month to month | | |
| | List the contract number of any government contract | | Scottsdale    AZ    85250 | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Building** | WBCMT 2006 C29 | |
| | | | RR 620 N LLC | |
| | State the term remaining | 12/31/2022 | | |
| | List the contract number of any government contract | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5  State what the contract or lease is for and the nature of the debtor's interest

**Real Estate Broker**
**Contract to be ASSUMED**

**Westfall Realty**

State the term remaining

List the contract number of any government contract

Debtor name    **Gaetano Enterprises, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **19-10115**
(if known)

☑ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1** Daniel T. Saccone | **3836 Crest Lane** <br> Number    Street <br><br> **Round Rock**     **TX**   **78661-2392** <br> City         State   ZIP Code | **CITI Cards** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2** Daniel T. Saccone | Number    Street <br><br> City         State   ZIP Code | **On Deck Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.3** Daniel T. Saccone | Number    Street <br><br> City         State   ZIP Code | **Arrowhead Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.4** Daniel T. Saccone | Number    Street <br><br> City         State   ZIP Code | **Arrowhead Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | Daniel T. Saccone | Number    Street <br><br> City                    State   ZIP Code | WBCMT 2006-C29 RR620 North, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Daniel T. Saccone | Number    Street <br><br> City                    State   ZIP Code | American Express | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.7 | Daniel T. Saccone | Number    Street <br><br> City                    State   ZIP Code | Capital One Spark Business | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.8 | Daniel T. Saccone | 3836 Crest Lane <br> Number    Street <br><br> Round Rock        TX    78661 <br> City                    State   ZIP Code | Celtic Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.9 | Phillip Saccone | 3741 Derby Trail <br> Number    Street <br><br> Round Rock        TX    78681 <br> City                    State   ZIP Code | Arrowhead Bank | ☑ D <br> ☐ E/F <br> ☐ G |

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B................................................................................................................  | $66,070.00 |

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B..............................................................................................................  | $273,738.37 |

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B................................................................................................................  | $339,808.37 |

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................  | $269,855.52 |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F...........................................................  | $4,148.00 |

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................  + | $126,016.15 |

4.  **Total liabilities**
    Lines 2 + 3a + 3b...................................................................................................................................  | $400,019.67 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☑ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/11/19     X _____
MM / DD / YYYY              Signature of individual signing on behalf of debtor

**Daniel T. Saccone**
Printed name

**Manager/ Site Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Gaetano Enterprises, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **19-10115**
(if known)

☑ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2019**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$41,414.05** |
| **For prior year:** | From **01/01/2018**<br>MM / DD / YYYY | to | **12/31/2018**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$768,000.00** |
| **For the year before that:** | From **01/01/2017**<br>MM / DD / YYYY | to | **12/31/2017**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$755,094.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Lisanti Foodservice of Texas**<br>Creditor's name<br><br>Street<br><br><br>City    State    ZIP Code | 11/1/18,<br>11/8/18,<br>11/26/18,<br>12/7/18,<br>12/20/18,<br>1/3/19,<br>1/10/19,<br>1/17/19,<br>1/24/19 | **$38,228.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.2.  __WBCMT 2006-C29 RR620 North__
      Creditor's name

      _____
      Street

      _____

      _____
      City                State     ZIP Code

**Dates:** 11/2/18, 12/5/18, 1/10/19

**Total amount or value:** $23,697.00

**Reasons for payment or transfer**
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  __Rent__

3.3.  __Amex__
      Creditor's name

      _____
      Street

      _____

      _____
      City                State     ZIP Code

**Dates:** 9/5/18, 10/4/18, 11/26/18, 11/30/18, 1/11/19

**Total amount or value:** $31,721.27

**Reasons for payment or transfer**
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other  _____

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

5.   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

6.   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:      Legal Actions or Assignments**

---

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

Debtor   **Gaetano Enterprises, LLC**                    Case number (if known)   **19-10115**
            Name

8.   Assignments and receivership

     List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
     hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

     ☑ None

---

## Part 4:   Certain Gifts and Charitable Contributions

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
     aggregate value of the gifts to that recipient is less than $1,000

     ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **LE Studio 888**<br>Recipient's name<br><br>Street<br><br>City          State   ZIP Code<br><br>**Recipient's relationship to debtor** | **Monetary** | **See Attached** | **$1,010.93** |
| 9.2. | **Artists Simply Human**<br>Recipient's name<br><br>Street<br><br>City          State   ZIP Code<br><br>**Recipient's relationship to debtor** | **Monetary** | **See Attached.** | **$2,000.00** |
| 9.3. | **Emler Swim School**<br>Recipient's name<br><br>Street<br><br>City          State   ZIP Code<br><br>**Recipient's relationship to debtor** | **Monetary** | **See Attached** | **$143.58** |
| 9.4. | **Anderson Mill Swim Team**<br>Recipient's name<br><br>Street<br><br>City          State   ZIP Code<br><br>**Recipient's relationship to debtor** | **Monetary** | **See Attached** | **$200.00** |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | **RHS Royals Booster** <br> Recipient's name | Monetary | See Attached | $150.00 |
| | Street | | | |
| | City     State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.6. | **Purple Sage Elementary School** <br> Recipient's name | Monetary | See Attached | $100.00 |
| | Street | | | |
| | City     State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.7. | **MUV Dance and Fitness** <br> Recipient's name | Monetary | See Attached | $6,730.64 |
| | Street | | | |
| | City     State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.8. | **TDCJ-EComm Direct** <br> Recipient's name | Montetary | See Attached | $166.00 |
| | Street | | | |
| | City     State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| Water loss | | 6/6/18 | $15,549.30 |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1.  __Barron & Newburger, P.C.__                                                        1/28/2019        __$6,700.00__

**Address**

__7320 N. Mopac Expy., Ste. 400__
Street

__Austin__            __TX__      __78731__
City              State    ZIP Code

**Email or website address**
__ssather@bn-lawyers.com__

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

         Does the debtor have a privacy policy about that information?
         ☐ No.
         ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
         ☐ No. Go to Part 10.
         ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| __Storage Unit on Personal Property__<br>Name<br>__7180 RM 2243__<br>Street<br><br>__Georgetown        TX    78665__<br>City                   State  ZIP Code | **Address** | | ☑ No<br>☐ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | | | **Dates of service** | | | |
|---|---|---|---|---|---|---|
| 26a.1.  Aaron W. Games, CPA | | | From | 2016 | To | present |
| Name | | | | | | |
| 7000 North Mopac Expy., Ste. 200 | | | | | | |
| Street | | | | | | |
| | | | | | | |
| Austin | TX | 78731 | | | | |
| City | State | ZIP Code | | | | |

| **Name and address** | | | **Dates of service** | | | |
|---|---|---|---|---|---|---|
| 26a.2.  Martin Breed | | | From | 1996 | To | 2016 |
| Name | | | | | | |
| 109 Bulifants Blvd., #B | | | | | | |
| Street | | | | | | |
| | | | | | | |
| Williamsburg | VA | 23188 | | | | |
| City | State | ZIP Code | | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                    **If any books of account and records are unavailable, explain why**

26c.1.  Daniel T. Saccone
        Name
        3836 Crest Lane
        Street

        Round Rock          TX       78661
        City                State    ZIP Code

Debtor **Gaetano Enterprises, LLC**                Case number (if known) **19-10115**
Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Arrowhead Bank**
Name

Street

City                                    State        ZIP Code

**Name and address**

26d.2. **OnDeck Capital**
Name

Street

City                                    State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Saccone | 3836 Crest Lane Round Rock, TX 78681 | Manager/ Site Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor  **Gaetano Enterprises, LLC**                          Case number (if known)  **19-10115**
           Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Daniel T. Saccone**<br>Name<br>**3836 Crest Lane**<br>Street<br><br>**Round Rock      TX    78661**<br>City               State   ZIP Code<br><br>Relationship to debtor<br>**Self** | **Salary**<br>**$1,668.70** | every two weeks | |
| 30.2. **Austin Telco FCU**<br>Name<br>**8929 Shoal Creek Blvd.**<br>Street<br><br>**Austin          TX    78757**<br>City               State   ZIP Code<br><br>Relationship to debtor<br>**Bank Auto Loan** | **Auto Payment**<br>**$650.00** | 2/15/18,<br>3/15/18,<br>4/16/18,<br>5/15/18,<br>8/15/18,<br>9/15/18,<br>10/15/18,<br>11/15/18,<br>12/17/18,<br>01/15/19 | |
| 30.3. **University FCU**<br>Name<br>**P.O. Box 9350**<br>Street<br><br>**Austin          TX    78766-9350**<br>City               State   ZIP Code<br><br>Relationship to debtor<br>**Bank Loan** | **$544.10** | 2/21/18,<br>3/21/18,<br>4/23/18,<br>5/22/18,<br>6/21/18,<br>7/23/18,<br>8/21/18,<br>9/21/18,<br>10/23/18,<br>11/21/18,<br>12/21/18,<br>1/23/19 | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

## Part 14:     Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6 / 11 / 19___
            MM / DD / YYYY

X _____          Printed name  **Daniel T. Saccone**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **Manager/ Site Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes